AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

KYRAH JOHNSON

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-CR-220

| PRESIDING JUDGE USDJ Thomas A. Varlan | PLAINTIFF'S ATTORNEY Cynthia Davidson | DEFENDANT'S ATTORNEY Rachel Wolf |
|---|---|---|
| TRIAL DATE (S) Sentencing September 12, 2022 | COURT REPORTER Terri Grandchamp | COURTROOM DEPUTY Julie Norwood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W | 9/12/2022 |  |  | Tequila Johnson |
| 98-10 |  |  | x | x | Trial exhibit 98-10 Photo of Gun with extended magizine from Gayview Search Warrant |
| 98-12 |  |  | x | x | Trial exhibit 98-12 Photo of holster from Gayview Search Warrant |
|  | W |  |  |  | Kyrah Johnson |
| 98 |  |  | x | x | Collective photos from Gayview Apartment Search Warrant |
| 90 |  |  | x | x | Collective photos from Moody Avenue Search Warrant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages